UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR01-0183-RSL |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| JACQUELINE SUE GILL, ) | ALLEGED VIOLATION |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| _____ ) | |

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on March 5, 2007. The United States was represented by Assistant United States Attorney Norman Barbosa, and the defendant by Ms. Paula Deutsch. The proceedings were recorded on cassette tape.

The defendant had been charged and convicted of Acquiring and Possessing a Controlled Substance by Fraud and Deceit in violation of 21 U.S.C. § 843(a)(3); and Fraudulent Use of an Access Device in violation of 18 U.S.C. § 1029(a)(2). On or about November 20, 2006, defendant was sentenced by the Honorable Robert S. Lasnik to a term of eighteen (18) months in custody with credit fore time served, with the remainder to be served through placement at the Pioneer Fellowship House, and three years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance-abuse and

mental-health program, consent to search and seizure, maintaining a single checking account, disclosing all business records, disclosing all assets and liabilities, no new credit to be obtained, financial disclosure, and restitution.

In a Petition for Warrant or Summons dated November 30, 2006, and a Violation Report and Summons Request dated December 1, 2006, U.S. Probation Officer Brian K. Facklam asserted the following violations by defendant of the conditions of her supervised release:

No. 1:  Committing the crime of attempted theft on or about March 2, 2006, in violation of the general condition of supervision requiring that the defendant shall not commit another federal, state, or local crime.

No. 2:  Failing to notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer, in violation of standard condition 11.

The defendant was advised of the allegations, advised of her rights, and admitted to the violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of her supervised release as to Violations 1 and 2, and that the Court conduct a hearing limited to disposition.  A disposition hearing has been set before the Honorable Robert S. Lasnik on April 3, 2007, at 8:30 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 5th day of March, 2007.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:            Honorable Robert S. Lasnik
     AUSA:                      Mr. Norman Barbosa
     Defendant's attorney:      Ms. Paula Deutsch
     Probation officer:         Mr. Brian K. Facklam